# PIEKARSKY & ASSOCIATES, L.L.C.

## Counsellors at Law

191 GODWIN AVENUE • SUITE 9
WYCKOFF, NEW JERSEY 07481

Telephone: 201-560-5000
Telecopier: 201-560-1440

e-mail:   *jwalker@pielaw.com*

Our File -  SBP:18582/jw

September 4, 2009

**Via ECF & U.S. Mail**
Honorable Rosemarie Gambardella, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

RE:    **VELARDO**
       **CASE NO. 09-21867 (RG)**

Dear Judge Gambardella,

This firm has been retained by Bruce Piekarsky in his individual capacity concerning two Court levies he was assigned to carry out and the debtors' application for sanctions.

While we dispute the allegations, it is our position that Mr. Piekarsky was carrying out his duties as an agent/employee of the New Jersey Superior Court, Special Civil Part, Bergen County. As such, we have referred the debtors' claim to the Attorney General's office and Staff Counsel for the New Jersey Administrative Office of the Courts.

They have returned my inquiry and request that the Court adjourn the hearing tentatively scheduled for Tuesday, September 8, 2009 for thirty (30) days so they may review and determine if they will be undertaking Mr. Piekarsky's representation.

With the above set forth, it is respectfully requested that Tuesday's hearing be postponed for thirty days to permit the New Jersey Judiciary time to review the claims against one of its Special Civil Officers.

Thank you.

Respectfully yours,

PIEKARSKY & ASSOCIATES, LLC

Justin J. Walker

Cc:    Bruce Piekarsky, Court Officer
       Thomas Russo, Esquire
       Shmuel Klein, Esquire